UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Janice C. Kettle, Guy W. Holcomb, Marilyn K. Holcomb, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| Joseph A. Leonard | ) ) | No. 7:11-CV-189-BR |
| Defendant. | ) ) ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the plaintiffs' motion for summary judgment and motion to amend complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion to amend the complaint (DE # 24) is GRANTED. The complaint (DE # 1) is hereby deemed to include the allegations contained in paragraphs 30 through 39 of plaintiffs' motion to amend the complaint (DE # 24). Plaintiffs' motion for summary judgment (DE # 14) is also GRANTED.

**It is ORDERED, ADJUDGED, and DECREED** that:
(1) Kettle shall have and recover from Leonard the sum of $1,321,500;
(2) the Holcombs shall have and recover from Leonard the sum of $334,384.50; and
(3) post judgment interest shall accrue at the federal legal rate on the sums set forth in paragraphs 1 and 2 above from the date of entry of this judgment until the judgment is satisfied.

The Clerk is DIRECTED to close this case.

**This judgment filed and entered on September 17, 2012, and served on:**

Michael Murchison (via CM/ECF Notice of Electronic Filing)
Randolph M. James (via CM/ECF Notice of Electronic Filing)


September 17, 2012 /s/ Julie A. Richards,
                                                                    Clerk of Court